# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0787-20

D.K.,

      Plaintiff-Appellant,

v.

J.E.Y.,

      Defendant-Respondent.

_____

> Submitted December 8, 2021 – Decided December 15, 2021
>
> Before Judges Gooden Brown and Gummer.
>
> On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Monmouth County, Docket No. FV-13-1572-20.
>
> Pashman Stein Walder Hayden, attorneys for appellant (Dillon J. McGuire, of counsel and on the briefs).
>
> Stephen A. Gravatt, attorney for respondent.

PER CURIAM

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0787-20